In Re: Spicer v. Compounding Pharmacies Of Louisiana, Inc.
d/b/a Professional Arts Pharmacy
Case No. 08-43775-dml-7
Adv.  No. 10-04192-dml

## SUMMONS SERVICE EXECUTED

I,       Lyndel Anne Mason,


of**      Cavazos, Hendricks, Poirot & Smitham, P.C.
         900 Jackson St., Suite 570
         Dallas, TX 75202

certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 30th day of September, 2010, I served a copy of the Summons, Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order and the Adversary Complaint filed in this proceeding, on:

Compounding Pharmacies Of Louisiana, Inc.
d/b/a Professional Arts Pharmacy

the defendant in this proceeding, by first class mail, postage paid, and by U.S. certified mail, return-receipt requested addressed to the said defendant

at:

Compounding Pharmacies Of Louisiana, Inc.
d/b/a Professional Arts Pharmacy
c/o Paul J. Breaux, Registered Agent
600 Jefferson Street
Lafayette, Louisiana 70501-6942


And to counsel of record at:

N/A

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:

| 09/30/10 | /s/ Lyndel Anne Mason |
|---|---|
| *Date* | *Signature* |


Business Address:  Cavazos, Hendricks, Poirot & Smitham, P.C.
                   900 Jackson St., Suite 570
                   Dallas, TX  75202

_____

**State mailing address.*