**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| RENAISSANCE HOSPITAL – | § | Chapter No.: 7 |
| GRAND PRAIRIE, INC., d/b/a | § | |
| RENAISSANCE HOSPITAL -- | § | Case No. 08-43775-DML |
| GRAND PRAIRIE, ET AL. | § | |
| | § | (Jointly Administered) |
|    Debtors, | § | |
| | § | |
| JOHN DEE SPICER, | § | Adversary No. 10-04192-DML |
|    Chapter 7 Trustee, | § | |
| | § | |
| PLAINTIFF | § | |
|    vs. | § | |
| | § | |
| COMPOUNDING PHARMACIES | § | |
| OF LOUISIANA, INC. | § | |
|    Defendant | § | |
| | § | |

**COMPOUNDING PHARMACIES OF LOUISIANA, INC. d/b/a**
**PROFESSIONAL ARTS PHARMACIES'**
**ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**
**TO AVOID TRANSFERS**

**COMES NOW**, COMPOUNDING PHARMACIES OF LOUISIANA, INC. d/b/a PROFESSIONAL ARTS PHARMACIES ("Defendant") and files its Original Answer (the "Answer") to Plaintiff's Original Complaint to Avoid Transfers (the "Complaint") filed by John Dee Spicer, Chapter 7 Trustee (the "Plaintiff"), and in support thereof respectfully states as follows:

1. Except as expressly admitted or qualified in this Answer, Defendant denies each and every allegation of the Complaint.

2. The factual allegations contained in Paragraph 1 of the Complaint do not require a response; the record speaks for itself.

3. The factual allegations contained in Paragraph 2 of the Complaint do not require a response; the record speaks for itself.

4. The factual allegations contained in Paragraph 3 of the Complaint do not require a response; the record speaks for itself.

5. The allegations contained in Paragraph 4 of the Complaint are legal conclusions to which no response is necessary. Jurisdiction and venue are admitted.

6. Defendant admits the allegations contained in Paragraph 5 of the Complaint.

7. Defendant admits the allegations contained in Paragraph 6 of the Complaint.

8. Defendant denies the allegations contained in Paragraph 7 of the Complaint for lack of sufficient information to justify a belief therein.

9. Defendant denies the allegations contained in Paragraph 8 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 9 of the Complaint.

11. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

12. Defendant denies the allegations contained in Paragraph 11 of the Complaint.

13. Defendant denies the allegations contained in Paragraph 12 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

15. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

16. Defendant denies the allegations contained in Paragraph 15 of the Complaint as stated.

17. Defendant denies the allegations contained in Paragraph 16 of the Complaint.

18. Defendant denies the allegations contained in Paragraph 17 of the Complaint.

WHEREFORE, Defendant requests this Court deny Plaintiff's Complaint in its entirety and grant Defendant such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

ELMORE & McCONNELL, LLP


By: */s/ Matthew D. McConnell*
MATTHEW D. McCONNELL, ESQ.
(TX BAR NO. 24048191)
700 Saint John St., Ste. 401
Lafayette, LA 70501
Telephone No.: 337-233-2417
Facsimile No.: 337-233-8417
***COUNSEL FOR COMPOUNDING PHARMACIES
OF LOUISIANA, INC.
d/b/a PROFESSIONAL ARTS PHARMACIES***


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic transmission facilities in this case on this 18th day of November 2010.

*/s/ Matthew D. McConnell*