

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed February 14, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § <br> § <br> RENAISSANCE HOSPITAL – GRAND § <br> PRAIRIE, INC. d/b/a RENAISSANCE § <br> HOSPITAL – GRAND PRAIRIE, *et al*., § <br> § <br> DEBTORS. § <br> § <br> § <br> JOHN DEE SPICER, CHAPTER 7 TRUSTEE, § <br> § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> COMPOUNDING PHARMACIES OF § <br> LOUISIANA, INC. D/B/A PROFESSIONAL § <br> ARTS PHARMACY, § <br> § <br> DEFENDANT. § | | Jointly Administered Under <br> Case No. 08-43775-DML-7 <br><br><br><br><br><br><br><br> Adversary No. 10-04192-DML |

## ORDER GRANTING JOINT MOTION
## TO APPROVE AGREED SCHEDULING ORDER

On this date came on for consideration the Joint Motion to Approve Agreed Scheduling

Order filed by the Plaintiff, Chapter 7 Trustee of the Estate of Houston Community Hospital,

Inc., and the Defendant, Compounding Pharmacies of Louisiana, Inc. d/b/a Professional Arts

Pharmacy (the "Joint Motion"), filed on February 9, 2011. [Docket No. 6]. The Court finds that good cause exists to grant the relief requested. Accordingly,

IT IS THEREFORE ORDERED that the Joint Motion is granted;

IT IS FURTHER ORDERED that the trial of this matter is reset during the month of May 2011, at a date and time established at the Docket Call.; and

IT IS FURTHER ORDERED that the Agreed Scheduling Order attached as Exhibit "A" to the Joint Motion is hereby approved.

# # # END OF ORDER # # #

**Agreed to and prepared by:**

  /s/ Lyndel Anne Mason
Lyndel Anne Mason
TX Bar No. 24058913
Anne Elizabeth Burns
TX Bar No. 24060832
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: LMason@chfirm.com
Email: aburns@chfirm.com

Counsel for John Dee Spicer, Chapter 7 Trustee for
the Estate of Houston Community Hospital, Inc.

And

**Agreed to:**

  /s/Matthew D. McConnell
Matthew D. McConnell
TX Bar No. 24048191
ELMORE & MCCONNELL, LLP

**Order Granting Joint Motion to Approve Agreed Scheduling Order**                    Page 2 of 3

700 Saint John Street, Suite 401
Lafayette, LA 70501
Telephone No.:  (337) 233-2417
Phone: Cell No.:  (337) 233-8417
Fax: (713) 840-7508
Email: McConnell@emcllp.com

Counsel for Compounding Pharmacies of
 Louisiana, Inc. d/b/a Professional Arts Pharmacy