BTXN 027 (rev. 10/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Renaissance Hospital Grand Prairie, Inc.<br><br>                          Debtor(s)<br><br>John Dee Spicer<br>                          Plaintiff(s)<br>     vs.<br>Compounding Pharmacies of Louisiana, Inc.<br>                          Defendant(s) | §<br>§<br>§   Case No.:   08–43775–dml7<br>§   Chapter No.:  7<br>§<br>§<br>§   Adversary No.:  10–04192–dml<br>§<br>§<br>§<br>§ |

Dear Anne E. Burns:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report

- ☐ Trustee's Final Account

- ☐ Trustee's Final Report

- ☐ 341 Meeting Minute Sheet and Exempt Property Report

- ☐ Report of Trustee in No–Asset Case and Application for Closing

- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting

- ☑ Other: An order re: Settlement.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 10 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed.

DATED:  9/6/11                          FOR THE COURT:
                                        Tawana C. Marshall, Clerk of Court

                                        by: /s/T Spelmon, Deputy Clerk

                                        teshauna_spelmon@txnb.uscourts.gov