Lyndel Anne Mason
TX Bar No. 24058913
Anne Elizabeth Burns
TX Bar No. 24060832
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: LMason@chfirm.com
Email: aburns@chfirm.com

Counsel for John Dee Spicer, Chapter 7 Trustee for
the Estate of Houston Community Hospital, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

_____

| | | |
|---|---|---|
| IN RE: | § | |
| RENAISSANCE HOSPITAL – GRAND | § | Jointly Administered Under |
| PRAIRIE, INC. d/b/a RENAISSANCE HOSPITAL | § | Case No. 08-43775-DML-7 |
| – GRAND PRAIRIE, *et al.*, | § | |
| | § | |
| DEBTORS. | § | |
| _____ | § | |
| | § | |
| JOHN DEE SPICER, CHAPTER 7 TRUSTEE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | Adversary No. 10-04192-DML |
| v. | § | |
| | § | |
| COMPOUNDING PHARMACIES OF | § | |
| LOUISIANA, INC. D/B/A PROFESSIONAL | § | |
| ARTS PHARMACY, | § | |
| | § | |
| DEFENDANT. | § | |
| _____ | § | |

# <u>NOTICE OF SETTLEMENT</u>

TO THE HONORABLE JUDGE D. MICHAEL LYNN:

PLEASE TAKE NOTICE that a settlement has been reached between the parties in the

above-captioned adversary proceeding (the "Parties"), which resolves this case in its entirety.

The Order Granting Motion to Approve Compromise and Settlement Pursuant to 9019 with

Compounding Pharmacies of Louisiana, Inc. d/b/a Professional Arts Pharmacy was entered in

the above-referenced main bankruptcy case, on January 20, 2011 [Docket No. 1871].

<div style="margin-left:40%">

Respectfully submitted,

/s/ Anne Elizabeth Burns
Lyndel Anne Mason
TX Bar No. 24058913
Anne Elizabeth Burns
TX Bar No. 24060832
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: LMason@chfirm.com
Email: aburns@chfirm.com

Counsel for John Dee Spicer, Chapter 7 Trustee for
the Estate of Houston Community Hospital, Inc.

</div>

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on the following parties listed below via the Court's Electronic Filing System, the 9th day of February, 2012:

| | |
|---|---|
| Matthew D. McConnell<br>Elmore & McConnell, LLP<br>700 Saint John Street, Suite 401<br>Lafayette, LA 70501<br><br>McConnell@EMcLLP.com | Bradley L. Drell<br>Gold, Weems, Bruser, Sues & Rundell<br>P.O. Box 6118<br>2001 MacArthur Dr.<br>Alexandria, LA 71307-6118<br><br>bdrell@goldweems.com |

<div style="margin-left:40%">

/s/ Anne Elizabeth Burns
Anne Elizabeth Burns

</div>