Lyndel Anne Mason
TX Bar No. 24058913
Anne Elizabeth Burns
TX Bar No. 24060832
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: LMason@chfirm.com
Email: aburns@chfirm.com

Counsel for John Dee Spicer, Chapter 7 Trustee for
the Estate of Houston Community Hospital, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| | § | |
| IN RE: | § | |
| RENAISSANCE HOSPITAL – GRAND | § | Jointly Administered Under |
| PRAIRIE, INC. d/b/a RENAISSANCE HOSPITAL | § | Case No. 08-43775-DML-7 |
| – GRAND PRAIRIE, *et al*., | § | |
| | § | |
| DEBTORS. | § | |
| _____ | § | |
| | § | |
| JOHN DEE SPICER, CHAPTER 7 TRUSTEE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | Adversary No. 10-04192-DML |
| v. | § | |
| | § | |
| COMPOUNDING PHARMACIES OF | § | |
| LOUISIANA, INC. D/B/A PROFESSIONAL | § | |
| ARTS PHARMACY, | § | |
| | § | |
| DEFENDANT. | § | |
| _____ | § | |

## NOTICE OF DISMISSAL OF
## ADVERSARY PROCEEDING WITH PREJUDICE

TO THE HONORABLE JUDGE D. MICHAEL LYNN:

COMES NOW, John Dee Spicer, the Chapter 7 Trustee of Houston Community Hospital,

Inc., in the above-captioned, adversary proceeding, by and through his undersigned counsel, and

**Notice of Dismissal**                                                                                               **Page 1 of 2**

files this, his *Notice of Dismissal of Adversary Proceeding with Prejudice* due to satisfaction of

obligations set forth in the Settlement Agreement approved by the Court per the Order Granting

Motion to Approve Compromise Settlement Pursuant to 9019 with Compounding Pharmacies of

Louisiana, Inc. d/b/a Professional Arts Pharmacy, entered in the above-referenced main

bankruptcy case, Docket No. 1871.

> Respectfully submitted,
>
> /s/ Anne Elizabeth Burns
> Lyndel Anne Mason
> TX Bar No. 24058913
> Anne Elizabeth Burns
> TX Bar No. 24060832
> CAVAZOS, HENDRICKS,
> POIROT & SMITHAM, P.C.
> Suite 570, Founders Square
> 900 Jackson Street
> Dallas, TX  75202
> Phone: (214) 573-7300
> Fax: (214) 573-7399
> Email: LMason@chfirm.com
> Email: aburns@chfirm.com
>
> Counsel for John Dee Spicer, Chapter 7 Trustee for
> the Estate of Houston Community Hospital, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on the following parties listed below via the Court's Electronic Filing System, the 9th day of February, 2012:

Matthew D. McConnell
Elmore & McConnell, LLP
700 Saint John Street, Suite 401
Lafayette, LA 70501

McConnell@EMcLLP.com

Bradley L. Drell
Gold, Weems, Bruser, Sues & Rundell
P.O. Box 6118
2001 MacArthur Dr.
Alexandria, LA 71307-6118

bdrell@goldweems.com

> /s/ Anne Elizabeth Burns
> Anne Elizabeth Burns